UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:05-CR-151 |
| | ) | (JORDAN/SHIRLEY) |
| CARLOS L. GODSEY, JR., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER EXTENDING TIME FOR COMMITMENT FOR
MENTAL EXAMINATION AND EVALUATION**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This matter is before the Court on the March 24, 2006 letter request of Warden Stephen M. Dewalt, Federal Medical Center, Lexington, Kentucky, for sixty-days of time to complete the defendant's mental evaluation. This Court ordered [Doc. 18] the United States Marshal to transport the defendant to the nearest suitable psychiatric facility for a psychiatric evaluation. On March 29, 2006, the Court received the return [Doc. 19] on the order of commitment stating that the defendant had been delivered to FMC Lexington on March 20, 2006. The Warden requests sixty days from the date of the defendant's arrival in order to allow time for a thorough examination in light of the large number of persons currently under evaluation at the facility. Finding that good cause for an extension has been shown, the Court **GRANTS** the requested extension. The staff at FMC Lexington has sixty (60) days from March 20, 2006, to

1

evaluate the defendant pursuant to the guidelines in the Court's original order of commitment [Doc. 18].

The Court also grants the Warden's request that the evaluation would be completed by **May 19, 2006**, and a report would be available to the Court on **June 9, 2006**. The Court had previously set a competency hearing for **June 20, 2006**, which date will remain the same.

**IT IS SO ORDERED.**

ENTER:

s/ C. Clifford Shirley, Jr.
United States Magistrate Judge

2